| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of New York** |
| Case number (*if known*): _____  Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 532 Madison Avenue Gourmet Foods Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | Smiler's Deli |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-3634442 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 532 Madison Avenue | |
| Number        Street | Number        Street |
| | P.O. Box |
| New York        NY    10022 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| New York County | |
| County | Number        Street |
| | |
| | City            State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
445110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District SDNY   When 10/15/2018   Case number 18-13117
                                 MM / DD / YYYY

           District _____   When _____   Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

           District _____   When _____
                               MM / DD / YYYY

           Case number, if known _____

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/19/2024
MM / DD / YYYY

✖ /s/ Ryung Hee Cho                        Ryung Hee Cho
Signature of authorized representative of debtor       Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Douglas Pick                        Date  06/19/2024
Signature of attorney for debtor                MM / DD / YYYY

Douglas Pick
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue 12th Floor
Number        Street

New York City                    NY        10017
City                        State        ZIP Code

(212) 695-6000                    dpick@picklaw.net
Contact phone                    Email address

1743996                        NY
Bar number                    State

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:   532 Madison Avenue Gourmet Foods Inc.                 Case No. 24-
d/b/a Smiler's Deli,                                           Chapter 11 (Subchapter V)

Debtor.

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Ryung Hee Cho, declare under penalty of perjury that I am the President of 532 Madisons Avenue Gourmet Foods Inc. d/b/a Smiler's Deli, a New York corporation (the "Corporation"), and that on June 20, 2024, the following resolution was duly adopted by the Directors of the Corporation:

"Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Ryung Hee Cho, President of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a bankruptcy case under Subchapter V of Chapter 11 on behalf of the Corporation; and

Be It Further Resolved, that Ryung Hee Cho, President of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Ryung Hee Cho, President of the Corporation, is authorized and directed to employ the law firm of Pick & Zabicki to represent the Corporation in such bankruptcy case."

Executed on: June 20, 2024

Signed: _____
Ryung Hee Cho, President

**Fill in this information to identify the case:**

Debtor name _____ 532 Madison Avenue Gourmet Foods Inc. _____

United States Bankruptcy Court for the: _____ Southern District of New York

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................
   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................
   $ 90,650.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................
   $ 90,650.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..............
   $ 2,064,417.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .............................
   $ 600,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................
   +$ 1,800,000.00

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b
   $ 4,464,417.00

---

---

**Fill in this information to identify the case:**

Debtor name ___532 Madison Avenue Gourmet Foods Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KJY Investment LLC c/o Kim, Cho & Lim LLC 460 Bergen Blvd., #305 Palisades Park, NJ, 07650 | | | Disputed | | | 1,800,000.00 |
| 2 | Madison/Fifth Avenue, LLC c/o Stahl Realty 277 Park Avenue New York, NY, 10172 | | | Disputed | | | 0.00 |
| 3 | K&L Paper 56-41 55th Avenue Maspeth, NY, 11378 | | | Disputed | | | 0.00 |
| 4 | Tropicana 425 Brendan Avenue Massapequa Park, NY, 11762 | | | Disputed | | | 0.00 |
| 5 | Julius Silvert Inc. 231 E. Luzerne Street Philadelphia, PA, 19124 | | | Disputed | | | 0.00 |
| 6 | Pop Natural 117 Fort Lee Road Leonia, NJ, 07605 | | | Disputed | | | 0.00 |
| 7 | JH Enterprise NY 15 Chest Street Tenafly, NJ, 07670 | | | Disputed | | | 0.00 |
| 8 | Island Natural Inc. 42-07 20th Avenue Astoria, NY, 11105 | | | Disputed | | | 0.00 |

Debtor    532 Madison Avenue Gourmet Foods Inc.
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Exxel Products 47-46A 30th Street Long Island City, NY, 11101 | | | Disputed | | | 0.00 |
| 10 | Queensboro Farm Products, Inc. 51-20 59th Street Woodside, NY, 11377 | | | Disputed | | | 0.00 |
| 11 | Pure Green 152 Second Avenue New York, NY, 10003 | | | Disputed | | | 0.00 |
| 12 | Scientific Fire Prevention 54-59 43rd Street Maspeth, NY, 11378 | | | Disputed | | | 0.00 |
| 13 | Premier Paper Packaging 482 Barrell Avenue Carlstadt, NJ, 07072 | | | Disputed | | | 0.00 |
| 14 | Orkin 40 27th Street Long Island City, NY, 11101 | | | Disputed | | | 0.00 |
| 15 | La Colombe 2620 E. Tioga Street Philadelphia, PA, 19134 | | | Disputed | | | 0.00 |
| 16 | Great Location New York Inc. c/o Jaffe, Ross & Light LLP 880 Third Avenue New York, NY, 10022 | | | Disputed | | | 0.00 |
| 17 | Bronx Bull Beverage LLC 76-07 Ditmars Blvd., Apt. 2 East Elmhurst, NY, 11370 | | | Disputed | | | 0.00 |
| 18 | Crown USA Distributors Inc. 1217 Jerome Avenue Bronx, NY, 10452 | | | Disputed | | | 0.00 |
| 19 | March Health Foods 20 Liberty Street Little Ferry, NJ, 07643 | | | Disputed | | | 0.00 |
| 20 | Alternative Banking Co. Inc. 3914 Kristi Court Sacramento, CA, 95827 | | | Disputed | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name ____532 Madison Avenue Gourmet Foods Inc._____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                                      $ 6,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Lakeland Bank | Checking | 8  6  3  8 | $ 14,000.00 |
   | 3.2. See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 20,000.00

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security Deposit With Landlord _____    $ 40,000.00
   7.2. _____    $_____

---

Debtor   532 Madison Avenue Gourmet Foods Inc.
_____        Case number *(if known)*_____
         Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

  Description, including name of holder of prepayment

  8.1._____   $_____

  8.2._____   $_____

**9.  Total of Part 2.**   $ 40,000.00

  Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:  Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.

  ☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's
                                                                    interest**

**11.  Accounts receivable**

  11a. 90 days old or less:   15,000.00  −  5,000.00  = ......➜   $ 10,000.00
                             face amount    doubtful or uncollectible accounts

  11b. Over 90 days old:   0.00  −  0.00  = ......➜   $ 0.00
                          face amount    doubtful or uncollectible accounts

**12.  Total of Part 3**   $ 10,000.00

  Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:  Investments**

**13.  Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

                                            **Valuation method        Current value of debtor's
                                            used for current value**  **interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

  14.1. _____   _____   $_____

  14.2. _____   _____   $_____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

  Name of entity:                        % of ownership:

  15.1._____   _____%   _____   $_____

  15.2._____   _____%   _____   $_____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable
      instruments not included in Part 1**

  Describe:

  16.1._____   _____   $_____

  16.2._____   _____   $_____

**17.  Total of Part 4**   $_____

  Add lines 14 through 16. Copy the total to line 83.

---

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** See continuation sheet | MM / DD / YYYY | 0.00 $ | | 20,000.00 $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 20,000.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ Valuation method_____ Current value 10,000.00 _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    532 Madison Avenue Gourmet Foods Inc.
_____    Case number *(if known)*_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furnishings | $_____ | _____ | $ 150.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 Desktop Computers, Printer and Point of Sale System | $_____ | _____ | $ 500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 650.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  532 Madison Avenue New York, NY 10022 (Ground Floor Store, 2nd Floor Retail Space and Portion of Basement) | Leashold | $_____ | _____ | Unknown $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:   All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   —   _____   = ➜   $_____
                                    Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____   $_____

Nature of claim        _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim        _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor     532 Madison Avenue Gourmet Foods Inc.                     Case number *(if known)*_____
           Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 40,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 90,650.00 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................... 90,650.00     $ 90,650.00

Debtor 1 ___532 Madison Avenue Gourmet Foods Inc._____    Case number *(if known)*_____
           First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| TD Bank (Closed) | Checking | |
| Balance: 0.00 | | |
| Freedom Bank | Checking | |
| Balance: 0.00 | | |

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Perishable Food Inventory | | | | 10,000.00 |
| Non-Perishable Food and Beverage Inventory | | | | 10,000.00 |

**Fill in this information to identify the case:**

Debtor name _532 Madison Avenue Gourmet Foods Inc._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>JPMorgan Chase Bank, N.A.<br><br>**Creditor's mailing address**<br>Collateral Management Small Business<br>P.O. Box 33035, Louisville, KY 40232<br><br>**Creditor's email address, if known**<br>`,`<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>Second Priority Lien on All Assets<br><br><br><br>**Describe the lien**<br>Agreement you made<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $ 3,900.00 | $ 0.00 |
| **2.2** **Creditor's name**<br>Krasdale Foods Inc.<br><br>**Creditor's mailing address**<br>65 West Red Oak Lane<br>West Harrison, NY 10604<br><br>**Creditor's email address, if known**<br>0<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** _____<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>Fifth Priority Lien on All Assets<br><br><br><br>**Describe the lien**<br>Agreement you made<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,064,417.00

Debtor    532 Madison Avenue Gourmet Foods Inc.    Case number (if known) _____
          _____
          Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.3** Creditor's name
      Newbank
      _____

Describe debtor's property that is subject to a lien

Sixth Priority Lien on All Assets

$1,765,517.00        $0.00

**Creditor's mailing address**

189 Homans Avenue
_____
Closter, NJ 07624
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

Describe the lien

Agreement you made

**Last 4 digits of account**    _____
**number**

**Do multiple creditors have an interest in the
same property?**

Is the creditor an insider or related party?
☒ No
☐ Yes

☒ No
☐ Yes. Have you already specified the relative
     priority?

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

[                                      ]

☐ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

---

**2.4** Creditor's name
      Newbank
      _____

Describe debtor's property that is subject to a lien

First Priority Lien on All Assets

$ 180,000.00        $ 90,650.00

**Creditor's mailing address**

189 Homans Avenue
_____
Closter, NJ 07624
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

Describe the lien

Agreement you made

**Last 4 digits of account**    _____
**number**

**Do multiple creditors have an interest in the
same property?**

Is the creditor an insider or related party?
☒ No
☐ Yes

☒ No
☐ Yes. Have you already specified the relative
     priority?

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

[                                      ]

☐ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is
        specified on lines _____

---

Debtor    532 Madison Avenue Gourmet Foods Inc.    Case number (if known)_____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
NYS Business Development Corp.

**Describe debtor's property that is subject to a lien**
Third Priority Lien on All Assets

$20,000.00        $ 0.00

Creditor's mailing address

50 Beaver Street, Suite 500
Albany, NY 12207

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account _____
number

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
Trufund Financial Services, Inc.

**Describe debtor's property that is subject to a lien**
Seventh Priority Lien on All Assets

$ 75,000.00        $ 0.00

Creditor's mailing address

39 West 37th Street
7th Floor, New York, NY 10018

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account _____
number

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor ___532 Madison Avenue Gourmet Foods Inc.___      Case number *(if known)*_____
      Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7 Creditor's name**
US Foods, Inc.

**Describe debtor's property that is subject to a lien**
Fourth Priority Lien on All Assets

$20,000.00   $0.00

**Creditor's mailing address**
1051 Amboy Avenue
Perth Amboy, NJ 08861

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.__ Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor     532 Madison Avenue Gourmet Foods Inc.        Case number *(if known)* _____
         Name

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Apple Recovery LLC<br>7776 S. Pointe Parkway West<br>#280<br>Phoenix, AZ, 85044 | Line 2. 6 | _____ |
| Meyers, Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, NY, 11234 | Line 2. 7 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____532 Madison Avenue Gourmet Foods Inc._____

United States Bankruptcy Court for the: __Southern District of New York__

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
NYC Dept. of Finance
66 John Street
2nd Floor, Legal Dept.
New York, NY 10038

As of the petition filing date, the claim is: $ 350,000.00 — Priority amount $ 350,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Commercial Rent Tax

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is: $ 250,000.00 — Priority amount $ 250,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020-2024 Sales Tax

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address


As of the petition filing date, the claim is: $ _____ — $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor    532 Madison Avenue Gourmet Foods Inc.                                    Case number (if known)_____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Alternative Banking Co. Inc.
3914 Kristi Court
Sacramento, CA 95827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Bronx Bull Beverage LLC
76-07 Ditmars Blvd., Apt. 2
East Elmhurst, NY 11370

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Crown USA
1217 Jerome Avenue
Bronx, NY 10452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Crown USA Distributors Inc.
1217 Jerome Avenue
Bronx, NY 10452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Exxel Products
47-46A 30th Street
Long Island City, NY 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Great Location New York Inc.
c/o Jaffe, Ross & Light LLP
880 Third Avenue
New York, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    532 Madison Avenue Gourmet Foods Inc.                                    Case number *(if known)*_____
          _____
                Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.**7  **Nonpriority creditor's name and mailing address**

Hollywood Natural Foods
6719 Hollywood Blvd.
Los Angeles, CA 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred    _____
                                                            **Is the claim subject to offset?**
                                                            ☒ No
Last 4 digits of account number    _____    ☐ Yes

---

**3.**8  **Nonpriority creditor's name and mailing address**

Island Natural Inc.
42-07 20th Avenue
Astoria, NY 11105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred    _____
                                                            **Is the claim subject to offset?**
                                                            ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

**3.**9  **Nonpriority creditor's name and mailing address**

JH Enterprise NY
15 Chest Street
Tenafly, NJ 07670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred    _____
                                                            **Is the claim subject to offset?**
                                                            ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

**3.**10  **Nonpriority creditor's name and mailing address**

Julius Silvert Inc.
231 E. Luzerne Street
Philadelphia, PA 19124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred    _____
                                                            **Is the claim subject to offset?**
                                                            ☒ No
Last 4 digits of account number    _____    ☐ Yes

---

**3.**11  **Nonpriority creditor's name and mailing address**

Jun Flowers
2500 83rd Street, Bldg. 1-W
North Bergen, NJ 07047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____
                                                            **Is the claim subject to offset?**
                                                            ☑ No
Last 4 digits of account number    _____    ☐ Yes

---

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 12  **Nonpriority creditor's name and mailing address**

K&L Paper
56-41 55th Avenue
Maspeth, NY 11378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13  **Nonpriority creditor's name and mailing address**

KJY Investment LLC
c/o Kim, Cho & Lim
460 Bergen Blvd., #305
Palisades Park, NJ 07650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,800,000.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

La Colombe
2620 E. Tioga Street
Philadelphia, PA 19134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Li Linen Service
185B Horton Avenue
Lynbrook, NY 11563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Madison/Fifth Avenue, LLC
c/o Stahl Realty
277 Park Avenue
New York, NY 10172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.17 Nonpriority creditor's name and mailing address**
March Health Foods
20 Liberty Street
Little Ferry, NJ 07643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
MBH Meat Purveyors
137 Industrial Avenue
Hasbrouck Heights, NJ 07604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
Newbank
189 Homans Avenue
Closter, NJ 07624

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:   Guaranty of EIDL Loan

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
Orkin
40 27th Street
Long Island City, NY 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.21 Nonpriority creditor's name and mailing address**
Pop Natural
117 Fort Lee Road
Leonia, NJ 07605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|--------|---------------------------------------|------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__22__** Nonpriority creditor's name and mailing address

Premier Paper Packaging
482 Barrell Avenue
Carlstadt, NJ 07072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.__23__** Nonpriority creditor's name and mailing address

Pure Green
152 Second Avenue
New York, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.__24__** Nonpriority creditor's name and mailing address

Queensboro Farm Products, Inc.
51-20 59th Street
Woodside, NY 11377

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.__25__** Nonpriority creditor's name and mailing address

Scientific Fire Prevention
54-59 43rd Street
Maspeth, NY 11378

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.__26__** Nonpriority creditor's name and mailing address

Tropicana
425 Brendan Avenue
Massapequa Park, NY 11762

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Debtor   532 Madison Avenue Gourmet Foods Inc.                                        Case number *(if known)*_____
        Name

---

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

| 3. 27   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|
| U.S. Small Business Administration<br>26 Federal Plaza, Rm. 3100<br>Attn: District Counsel<br>New York, NY 10278 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Guaranty of EIDL Loan | |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3._____   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

| 3._____   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

| 3._____   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

---

| 3._____   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ |
|---|---|---|
| | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor ____532 Madison Avenue Gourmet Foods Inc._____    Case number *(if known)*_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Ingram Yuzek Gainen Carroll & Betolotti LLP<br>250 Park Avenue, 6th Floor<br>New York, NY, 10177 | Line 3.16<br>☐ Not listed. Explain: | _____ |
| 4.2. | Meyers, Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, NY, 11234 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.3. | Newbank<br>189 Homans Avenue<br>Closter, NJ, 07624 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    532 Madison Avenue Gourmet Foods Inc.
_____    Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 600,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,800,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,400,000.00 |

Fill in this information to identify the case:

Debtor name    532 Madison Avenue Gourmet Foods Inc.

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known): _____    Chapter 11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Real Property Lease Lessor | 532 Madison Syndicate c/o Marx Realty & Improvement Co., Inc. 155 East 44th Street, 7th Floor New York, NY, 10017 |
| | State the term remaining | 3 Months (Through September 30, 2024) | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    532 Madison Avenue Gourmet Foods Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Ryung Hee Cho | 8100 River Road<br>Unit 219<br>North Bergen, NJ 07047 | KJY Investment LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 60 East Food Corp. | 60 East 42nd Street<br>New York, NY 10022 | Newbank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Ryung Hee Cho | 8100 River Road<br>Unit 219<br>North Bergen, NJ 07047 | NYS Dept. of Taxation an | ☐ D<br>☑ E/F<br>☑ G |
| 2.4 Ryung Hee Cho | 8100 River Road<br>Unit 219<br>North Bergen, NJ 07047 | Newbank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 470 W 42 Street Gou | Closed | Newbank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Treehaus736 Inc. | Closed | Newbank | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of _2_

| Debtor | 532 Madison Avenue Gourmet Foods Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2. 7  Seventh Avenue Fine Foods Corp. | Closed | Newbank | ☒ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    532 Madison Avenue Gourmet Foods Inc.

United States Bankruptcy Court for the:   **Southern District of New York**

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/19/2024     ✖ /s/ Ryung Hee Cho
       MM / DD / YYYY      Signature of individual signing on behalf of debtor

                    Ryung Hee Cho
                    Printed name

                    President
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _532 Madison Avenue Gourmet Foods Inc._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:     Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date | ☑ Operating a business ☐ Other | $ *TO BE PROVIDED* |
| **For prior year:** From 01/01/2023 to 12/31/2023 | ☑ Operating a business ☐ Other | $ *TO BE PROVIDED* |
| **For the year before that:** From 01/01/2022 to 12/31/2022 | ☑ Operating a business ☐ Other | $ 4,228,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From ___ to Filing date | _____ | $_____ |
| **For prior year:** From ___ to ___ | _____ | $_____ |
| **For the year before that:** From ___ to ___ | _____ | $_____ |

---

Debtor    532 Madison Avenue Gourmet Foods Inc.                                    Case number *(if known)*_____
_____
          Name

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90
    days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
    adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | To Be Provided<br>Creditor's name | | $ TO BE PROVIDED | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
    guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
    $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)
    Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their
    relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing
    agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Wage/Salary Payments in the Ordinary Course<br>Insider's name<br><br>_____<br><br>_____<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ TO BE PROVIDED | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

---

Debtor    532 Madison Avenue Gourmet Foods Inc.
_____          Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | NYS Dept. of Taxation and Finance | Levy on Account at Lakeland Bank | 01/2024 | $ 39,085.96 |
| | Creditor's name | | | |
| | Bankruptcy/Special Procedures Section | | | |
| | P.O. Box 5300 | | | |
| | Albany, NY 12205-0300 | | | |
| 5.2. | NYC Dept. of Finance | Levy on Account at TD Bank | 10/2023 | $ 33,753.89 |
| | Creditor's name | | | |
| | 66 John Street | | | |
| | 2nd Floor, Legal Dept. | | | |
| | New York, NY 10038 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Newbank v. 470 W. 42 Street Gourmet Food Inc., et al. | Debt Collection - Judgment Entered | Supreme Court of the State of NY | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | New York County | |
| | 650992/20217 | | | |
| 7.2. | Newbank v. 532 Madison Avenue Gourmet Foods, Inc. | Debtor Collection - Judgment En | Supreme Court of the State of NY | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | New York County | |
| | 651254/20217 | | | |

Debtor    532 Madison Avenue Gourmet Foods Inc.    Case number (if known)_____
_____
Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

Debtor ___532 Madison Avenue Gourmet Foods Inc._____          Case number *(if known)*_____
         Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | $25,000 Retainer - $2,500 Filing Fee/Expenses | _____ | $ 27,500.00 |
| | **Address** | | | |
| | 369 Lexington Avenue New York, NY 10017 | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Debtor    532 Madison Avenue Gourmet Foods Inc._____    Case number (if known)_____
              Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | | From | _____ | To _____ |
| 14.2. | | From | _____ | To _____ |

---

Debtor    532 Madison Avenue Gourmet Foods Inc.                                      Case number (if known)_____
          _____
          Name

<table>
<tr><td>**Part 8:**</td><td>**Health Care Bankruptcies**</td></tr>
</table>

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor    532 Madison Avenue Gourmet Foods Inc.                                    Case number (if known)_____
          _____
          Name

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TD Bank (Closed)<br>_____<br>Name | XXXX–_____ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/04/2023 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 8

Debtor   532 Madison Avenue Gourmet Foods Inc.                          Case number *(if known)*_____
            Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| _____ |  |  |  |
| Name |  |  |  |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ |  |  | ☐ Pending |
| **Case number** | Name |  | ☐ On appeal |
| _____ |  |  | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ |  | _____ |
| Name | Name |  |  |

Debtor   532 Madison Avenue Gourmet Foods Inc.
_____   Case number *(if known)*_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    532 Madison Avenue Gourmet Foods Inc._____    Case number (if known)_____
          Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ |
| _____ | |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| _____ | |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| _____ | |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| _____ | |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | |
| Name | |

Debtor    532 Madison Avenue Gourmet Foods Inc.                          Case number (if known)_____
_____
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1. _____
Name

Debtor    532 Madison Avenue Gourmet Foods Inc.    Case number (if known)_____
           _____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryung Hee Cho | 8100 River Road Unit 219, North Bergen, NJ 07047 | President, Sole Director and Sole Shareholder | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    532 Madison Avenue Gourmet Foods Inc.                    Case number (if known)_____
          Name

**Name and address of recipient**                    _____    _____

30.2   _____
       Name                                           _____

                                                      _____

                                                      _____

**Relationship to debtor**                            _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☑ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                **Employer Identification number of the parent corporation**

    _____         EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                      **Employer Identification number of the pension fund**

    _____         EIN: _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/19/2024
               MM / DD / YYYY

✘ /s/ Ryung Hee Cho                                    Printed name   Ryung Hee Cho
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name ___532 Madison Avenue Gourmet Foods Inc._____    Case number (if known)_____

## **Continuation Sheet for Official Form 207**

**7) Legal Actions**

**KJY Investment LLC v.  Cho, et al**

**BER-L-5588-22**

**Debt Collection**

**Superior Court of NJ**

**Law Division: Bergen County**

**Pending**

**-------**

## United States Bankruptcy Court

**IN RE:**                                                    Case No._____

532 Madison Avenue Gourmet Foods Inc.                    Chapter    11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Ryung Hee Cho<br>8100 River Road Unit 219, North Bergen, NJ 07047 | 100 | Common stockholder |

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:   532 Madison Avenue Gourmet Foods Inc.                    Case No. 24-
        d/b/a Smiler's Deli,                                             Chapter 11 (Subchapter V)

Debtor.

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the undersigned states that no

corporation directly or indirectly owns 10% or more of any class of equity interests in debtor 532

Madison Avenue Gourmet Foods Inc. d/b/a Smiler's Deli.

Dated: New York, New York
      June __20__, 2024

                      **PICK & ZABICKI LLP**
                      Counsel to the Debtor

By:   _____
            Douglas J. Pick, Esq.
            369 Lexington Avenue, 12th Floor
            New York, New York 10017
            (212) 695-6000

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

**In re** 532 Madison Avenue Gourmet Foods Inc.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 25,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 515.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

  d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/20/2024                                      /s/ Douglas Pick, 1743996
_____                      _____
*Date*                                                 *Signature of Attorney*

Pick & Zabicki LLP
_____
*Name of law firm*
369 Lexington Avenue
12th Floor
New York City, NY 10017

United States Bankruptcy Court

Southern District of New York

In re:  532 Madison Avenue Gourmet Foods Inc.

Case No.

Chapter    11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____06/19/2024_____

/s/ Ryung Hee Cho
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

470 W 42 Street Gourmet Food Inc.
Closed

532 Madison Syndicate
c/o Marx Realty & Improvement Co., Inc.
155 East 44th Street, 7th Floor
New York, NY 10017

60 East Food Corp.
60 East 42nd Street
New York, NY 10022

Alternative Banking Co. Inc.
3914 Kristi Court
Sacramento, CA 95827

Apple Recovery LLC
7776 S. Pointe Parkway West
Phoenix, AZ 85044

Bronx Bull Beverage LLC
76-07 Ditmars Blvd., Apt. 2
East Elmhurst, NY 11370

Crown USA
1217 Jerome Avenue
Bronx, NY 10452

Crown USA Distributors Inc.
1217 Jerome Avenue
Bronx, NY 10452

Exxel Products
47-46A 30th Street
Long Island City, NY 11101

Great Location New York Inc.
c/o Jaffe, Ross & Light LLP
880 Third Avenue
New York, NY 10022

Hollywood Natural Foods
6719 Hollywood Blvd.
Los Angeles, CA 90028

Ingram Yuzek Gainen Carroll & Betolotti LLP
250 Park Avenue, 6th Floor
New York, NY 10177

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Island Natural Inc.
42-07 20th Avenue
Astoria, NY 11105

JH Enterprise NY
15 Chest Street
Tenafly, NJ 07670

JPMorgan Chase Bank, N.A.
Collateral Management Small Business
P.O. Box 33035
Louisville, KY 40232

Julius Silvert Inc.
231 E. Luzerne Street
Philadelphia, PA 19124

Jun Flowers
2500 83rd Street, Bldg. 1-W
North Bergen, NJ 07047

K&L Paper
56-41 55th Avenue
Maspeth, NY 11378

KJY Investment LLC
c/o Kim, Cho & Lim LLC
460 Bergen Blvd., #305
Palisades Park, NJ 07650

Krasdale Foods Inc.
65 West Red Oak Lane
West Harrison, NY 10604

La Colombe
2620 E. Tioga Street
Philadelphia, PA 19134

Li Linen Service
185B Horton Avenue
Lynbrook, NY 11563

Madison/Fifth Avenue, LLC
c/o Stahl Realty
277 Park Avenue
New York, NY 10172

March Health Foods
20 Liberty Street
Little Ferry, NJ 07643

MBH Meat Purveyors
137 Industrial Avenue
Hasbrouck Heights, NJ 07604

Meyers, Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234

Newbank
189 Homans Avenue
Closter, NJ 07624

NYC Dept. of Finance
66 John Street
2nd Floor, Legal Dept.
New York, NY 10038

NYC Law Dept.
100 Church Street
New York, NY 10007

NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Business Development Corp.
50 Beaver Street, Suite 500
Albany, NY 12207

NYS Dept. of Labor
WA Harriman Campus
Building 12, #256
Albany, NY 12240

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Orkin
40 27th Street
Long Island City, NY 11101

Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, NY 10017

Pop Natural
117 Fort Lee Road
Leonia, NJ 07605

Premier Paper Packaging
482 Barrell Avenue
Carlstadt, NJ 07072

Pure Green
152 Second Avenue
New York, NY 10003

Queensboro Farm Products, Inc.
51-20 59th Street
Woodside, NY 11377

Ryung Hee Cho
8100 River Road
Unit 219
North Bergen, NJ 07047

Scientific Fire Prevention
54-59 43rd Street
Maspeth, NY 11378

Seventh Avenue Fine Foods Corp.
Closed

Treehaus736 Inc.
Closed

Tropicana
425 Brendan Avenue
Massapequa Park, NY 11762

Trufund Financial Services, Inc.
39 West 37th Street
7th Floor
New York, NY 10018

U.S. Dept. of Justice
Box 55
Washington, DC 20044


U.S. Small Business Administration
26 Federal Plaza, Rm. 3100
Attn: District Counsel
New York, NY 10278


United States Attorney
One St. Andrews Plaza
Claims Unit
New York, NY 10007


US Foods, Inc.
1051 Amboy Avenue
Perth Amboy, NJ 08861